ESTATE OF LIPOSCHAK ET AL., APPELLANTS, *v.* CONRAD, ADMR., BUREAU OF WORKERS' COMPENSATION, APPELLEE.

[Cite as *Estate of Liposchak v. Conrad* (2001), 90 Ohio St.3d 1248.]

(No. 00–839—Submitted November 14, 2000—Decided January 17, 2001.)

The cause is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, J., dissents.

*Stewart Jaffy & Associates Co., L.P.A., Stewart R. Jaffy, Marc J. Jaffy* and *Eric S. Bravo,* for appellants.

*Betty D. Montgomery,* Attorney General, and *Dennis H. Behm,* Assistant Attorney General, for appellee.